**JS-6**

**E-FILED: 5/21/2008**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE M. HUSSAIN, | ) Case No.: CV 07 4443 GHK (JCx) |
| Plaintiff, | ) JUDGE: Hon. GEORGE H. KING |
| vs. | ) |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; O'MELVENEY & MYERS LLP LONG-TERM DISABILITY PLAN, | ) [~~PROPOSED~~] **ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| Defendants. | ) |

This case is dismissed with prejudice.

IT IS SO ORDERED.

DATED:   5/20/08

_____
Hon. George H. King
Judge of the United States District Court

1
[PROPOSED] ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE
659306.1